UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GIOI NGO,

              Plaintiff,

   v.

SUPREME ALASKA SEAFOODS, INC., et al.,

              Defendants.

CASE NO. C05-727JLR

MINUTE ORDER

     The following minute order is made by the direction of the court, the Honorable James L. Robart:

     This matter comes before the court on Plaintiff's response to the court's show cause order (Dkt. # 26). Plaintiff now requests that this court retain jurisdiction over his maintenance and cure claim, which is not yet ripe for trial, and asks the court to certify the liability portion of the case for immediate appeal. Trial is scheduled in this matter for June 27, 2006. The court hereby VACATES the parties' trial date and directs that the parties file a joint status report on or before October 6, 2006 informing the court the status of the parties' remaining dispute (if any). The court declines to enter a partial final judgment and thus, DENIES Plaintiff's request to certify for appeal the liability issue previously dismissed on summary judgment.

MINUTE ORDER – 1

Filed and entered this 5th day of June, 2006.

BRUCE RIFKIN, Clerk

By   s/Mary Duett
     Deputy Clerk

MINUTE ORDER – 2